ACCEPTED
09-16-00495-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
12/12/2017 9:22 AM
CAROL ANNE HARLEY
CLERK

**NO. 09-16-00495-CR**

| | | |
|---|---|---|
| **GALEN DWAYNE BAUGUS** | § | **IN THE COURT OF APPEALS FOR** |
| | § | |
| **V.** | § | **THE NINTH DISTRICT OF TEXAS,** |
| | § | |
| **THE STATE OF TEXAS** | § | **AT BEAUMONT, TEXAS** |

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/12/2017 9:22:06 AM
CAROL ANNE HARLEY
Clerk

_____

**STATE'S MOTION TO CONSIDER RECORD
IN CAUSE NUMBER 09-17-00012-CR**

_____

**TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:**

COMES NOW the State of Texas, by the undersigned assistant district attorney, and moves the Court for an extension of time to file its appellate brief in the above-captioned cases. The State would respectfully show the Court the following:

1. On January 7, 2011, in trial court cause number 08-12-11826-CR, the appellant pleaded guilty to committing sexual assault, and the trial court deferred a finding of guilt and sentenced the appellant to community supervision for a period of six years.

2. On December 5, 2015, the trial court held a hearing on the State's motion to adjudicate guilt in trial court cause number 08-12-11826-CR. At the conclusion of the hearing, the trial court adjudicated the appellant guilty and sentenced him to confinement for twenty years. The appellant immediately filed a notice of appeal in

1

that case. This Court assigned an appellate cause number of 09-17-00012-CR to that case, and it remains pending in this Court as of the date of this filing.

3. On December 9, 2016, in trial court cause number 14-07-08281-CR, a jury convicted the appellant of aggravated sexual assault of a child and assessed his punishment at imprisonment for life. This appeal followed.

4. In the reporter's record for the case at hand, the trial court specifically references the record from the motion to adjudicate hearing in trial court cause number 08-12-11826-CR and indicates that the court relied on its memory of some of the testimony adduced during the adjudication hearing for purposes of making a ruling in this case. That ruling forms a part of the basis for relief sought by the appellant in this appeal.

5. The reporter's record for trial court cause number 08-12-11826-CR and appellate court cause number 09-17-00012-CR has previously been filed in this Court and is available for its review.

THEREFORE, the State requests that this Court incorporate the reporter's record from appellate court cause number 09-17-00012-CR as part of the record in this appeal (appellate court cause number 09-17-00495-CR), and consider that record for purposes of deciding the merits of the appellant's points of error.

Respectfully submitted,

BRETT W. LIGON
District Attorney
Montgomery County, Texas


*/s/ Brent Chapell*
BRENT CHAPELL
Assistant District Attorney
Montgomery County, Texas
S.B.T. No. 24087284
207 W. Phillips, Second Floor
Conroe, Texas   77301
(936) 539-7800
E-mail:brent.chapell@mctx.org

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion is being sent by e-mail to Inger H. Chandler, attorney for the appellant, at inger@ingerchandlerlaw.com, on the date of the filing of the original with the Clerk of this Court.

*/s/ Brent Chapell*
BRENT CHAPELL
Assistant District Attorney
Montgomery County, Texas